THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATASHA A KHACHATOURIANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BISHOP WHITE MARSHALL AND WEIBEL PS, et al.,<br><br>　　　　Defendants. | CASE NO. C12-1528-JCC<br><br>ORDER DISMISSING CASE |

Pursuant to the parties' stipulated motion and proposed order of dismissal (Dkt. No. 46) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED this 9th day of April 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE